# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**LANDON HEAVY RUNNER,**<br><br>Defendant. | PO-19-05234-GF-JTJ<br><br>VIOLATIONS:<br>7354442, 7354443, 7354444<br>Location Code: M13<br><br>ORDER |

Based upon the unopposed motion of the United States and for good cause appearing,   IT IS HEREBY ORDERED that the above citations are DISMISSED.

IT IS FURTHER ORDERED that the bench trial scheduled for September 17, 2020 is VACATED.

DATED this 30th day of June, 2020.

_____
John Johnston
United States Magistrate Judge